UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAJAY CUMMINGS,

                    Plaintiff,

-v.-

JOHN DOE OMH PROVIDER; JOHN DOE/JANE DOE PSYCHIATRISTS; JOHN DOE/JANE DOE PHARMACISTS,

                    Defendants.

23 Civ. 11182 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

In light of the Law Department's ongoing efforts to comply with the Court's *Valentin* Order on or before **May 28, 2024**, and Plaintiff's deadline for thereafter filing an amended complaint on or before **June 27, 2024**, the initial pretrial conference scheduled for May 28, 2024, is hereby ADJOURNED *sine die*. The Court will reset the initial pretrial conference date upon the filing of Plaintiff's amended complaint.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record, and to the New York City Law Department, 100 Church Street, New York, N.Y. 10007.

SO ORDERED.

Dated: May 24, 2024
       New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge