UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BALLANTYNE T.,

                Plaintiff,                      23 **CIVIL** 11182 (HJR)

      -against-                       **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum & Order dated February 19, 2025, Plaintiff's motion for judgment on the pleadings is GRANTED, and this case shall be REMANDED for further proceedings.

**Dated:** New York, New York
          February 20, 2025

                                              **TAMMI M. HELLWIG**
                                                   **Clerk of Court**

           **BY:**

                                                    **Deputy Clerk**